**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 0:20-cv-62584-JIC

**AISHIA PETERSEN,**

    Plaintiff,

v.

**THE HERTZ CORPORATION,**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, **AISHIA PETERSEN**, by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 30 days.

Respectfully submitted,

Dated this 4th day of January 2021.

                                            *s/Acacia Barros*
                                            Attorney for Plaintiff
                                            ACACIA BARROS, P.A.
                                            Acacia Barros, Esq.
                                            FBN: 106277
                                            11120 N. Kendall Dr., Suite 201
                                            Miami, Florida 33176
                                            Tel: 305-639-8381
                                            ab@barroslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel Ashley Jenkins, Esq. at asjenkins@seyfarth.com.

                                            *s/Acacia Barros*
                                            Attorney for Plaintiff
                                            ACACIA BARROS, P.A.