UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62584-CIV-COHN/STRAUSS

AISHIA PETERSEN,

    Plaintiff,

v.

HERTZ CORPORATION,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice ("Stipulation") [DE 12].  The Court has reviewed the Stipulation and the record in this case and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**;

2. The Court shall retain jurisdiction to enforce the parties' settlement agreement; and

3. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of February, 2021.

*[Signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF